IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CRIMINAL NO.: 1:23-cr-137-SA-DAS-1

JAMES DOUGLAS KEITH     DEFENDANT

## ORDER DENYING MOTION FOR BOND

This matter came before the Court on Defendant's Motion for Bond, docket number [9]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals Service pending the Final Revocation Proceedings before United States District Judge Sharion Aycock.

SO ORDERED, this the 20th day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE